WILLIAM J. AUSTIN vs. THE STATE OF MISSOURI.

APPEAL from the St. Louis Criminal Court.

By The Court.—This case comes within the principle decided by this Court in the case of Thomas vs. the State, 6 Mo. R., 457; 9 Mo. R., 696; Ross vs. the State, and Maeder vs. the State, decided at the present term. Judgment reversed and cause remanded.

---

ALEXANDER LEWIS vs. THE STATE OF MISSOURI.

APPEAL from the St. Louis Criminal Court.

Per Curiam.—This case comes within the principle decided in Thomas vs. the State, 6 Mo. R., 457; Ross vs. the State, 9 Mo. R., 696, and the case of Maeder vs. the State, decided at the present term.

Judgment reversed and cause remanded.